# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Arellano,<br><br>                     Plaintiff,<br><br>v.<br><br>Daniel Paramo, Warden,<br><br>                     Defendants. | Case No.: 17-cv-0354-AJB-AGS<br><br>**ORDER GRANTING MOTIONS (ECF Nos. 15, 17, & 21) AND REPORT AND RECOMMENDATION** |

In his latest filings to the Court, plaintiff Raul Arellano makes several requests. First, he asks for an order adjudicating his other motions (ECF No. 21), which is granted. Next, he requests copies of transcripts he says were missing from the lodgments the Court ordered to be sent to him. He specifically requests "R.T. 2A pgs 56-64, R.T. 2B pgs 209-214, R.T. 3C pgs 216-221, R.T. 3D pgs 306-307." (ECF No. 15, at 1.) He also requests a transcript from trial dated June 19, 2009. The Court denies this request as moot because respondent noted in the response that they have already lodged the appropriate documents with the Court and mailed them to Arellano as well. (ECF No. 18, at 1-2.)

Arellano next requests a copy of the order denying petition for writ of habeas corpus by the San Diego County Superior Court. (ECF No. 10, at 2.) The Court grants this request and directs the Clerk's Office to send Arellano a copy Lodgment 9, ECF No. 10-12. Arellano also requests a copy of the instant motion as he was unable to make a copy of it

1

before sending it to the Court. This request is granted and the Clerk's Office is directed to send Arellano a copy of ECF No. 15 and all exhibits.

Finally, Arellano has filed a request to amend his petition. Respondent has not objected. The Court recommends that this request be granted and that Arellano have until October 2, 2017, to file his amended petition. The Court also recommends that respondent have until November 6, 2017, to respond to that amended petition or file a motion to dismiss. Finally, the Court recommends that Arellano's traverse or opposition be due November 30, 2017.

Dated: August 21, 2017

_____
Hon. Andrew G. Schopler
United States Magistrate Judge