# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO,<br><br>                Petitioner,<br><br>v.<br><br>DANIEL PARAMO,<br><br>                Respondent. | Case No.: 17-cv-0354-WQH-MDD<br><br>**AMENDED ORDER** |

HAYES, Judge:

On December 13, 2017, Petitioner Raul Arellano filed a First Amended Petition (ECF No. 32).

On July 20, 2018, the Court issued an Order dismissing the First Amended Petition and denying a certificate of appealability. (ECF No. 65).

On July 23, 2018, the Clerk of the Court filed a Judgment in a civil case. (ECF No. 66).

On August 24, 2018, Arellano filed a Motion for Reconsideration of the Court's Order Dismissing the First Amended Petition. (ECF No. 75).

The Court has reviewed the Motion for Reconsideration and will not reconsider the order dismissing the First Amended Petition. However, the Court finds that the petitioner has made a substantial showing that he is entitled to a certificate of appealability. The Court will reconsider the order denying the certificate of appealability.

1    IT IS HEREBY ORDERED that the motion for reconsideration (ECF No. 75) is granted in part and denied in part. The motion to dismiss the First Amended Petition (ECF No. 33) is granted and a certificate of appealability is granted.

IT IS FURTHER ORDERED that the Motions (ECF No. 71 and 73) are denied. The Clerk of the Court shall enter an AMENDED JUDGMENT in order to allow Petitioner the opportunity to file a notice of appeal.

Dated: August 28, 2018

Hon. William Q. Hayes
United States District Court